IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

FELIX RODRIGUEZ,
ADC #143927                                                                                    PLAINTIFF

v.                                          3:15CV00079-BSM-JTK

LUTHER WHITFIELD, et al.                                                              DEFENDANTS

**ORDER**

Plaintiff has submitted an Amended Complaint (Doc. No. 5) pursuant to the Court's April 1, 2015 Order (Doc. No. 3). Having reviewed the Amended Complaint for screening purposes only,[1] it now appears to the Court that service is appropriate with respect to Plaintiff's inadequate medical care and discrimination claims against Defendants Whitfield, Stankawitz, and Stipanuk. Accordingly,

IT IS, THEREFORE, ORDERED that service is appropriate for the Defendants Luther Whitfield, Chris Stankawitz, and Gerald Stipanuk. The Clerk of the Court shall prepare summons for the Defendants and the United States Marshal is hereby directed to serve a copy of the Amended Complaint (Doc. No. 5) and summons on Defendants without prepayment of fees and costs or security therefore.

IT IS SO ORDERED this 17th day of April, 2015.

_____
JEROME T. KEARNEY
UNITED STATES MAGISTRATE JUDGE

---

[1] The Prison Litigation Reform Act requires federal courts to screen prisoner complaints seeking relief against a governmental entity, officer, or employee. 28 U.S.C. Sect. 1915A(a).