IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

**FELIX RODRIGUEZ**                                                                           **PLAINTIFF**
ADC #143927

v.                      **CASE NO. 3:15CV00079 BSM**

**LUTHER WHITFIELD, et al.**                                              **DEFENDANTS**

## ORDER

The proposed partial findings and recommendations submitted by United States Magistrate Judge Jerome T. Kearney have been received. No objections have been filed. After careful consideration, it is concluded that the proposed partial findings and recommendations should be, and hereby are, adopted in their entirety.

IT IS, THEREFORE, ORDERED that:

1. Plaintiff's grievance claim against defendant Whitfield is dismissed.

2. Defendant Mississippi County Detention Center is dismissed.

DATED this 14th day of May 2015.

_____
UNITED STATES DISTRICT JUDGE