**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**JONESBORO DIVISION**

| | | |
|---|---|---|
| FELIX RODRIGUEZ, ADC #143927 | | PLAINTIFF |
| v. | 3:15CV00079-BSM-JTK | |
| LUTHER WHITFIELD, et al. | | DEFENDANTS |

## ORDER

Summons was returned, unexecuted, with respect to Defendant Dr. Gerald Stipanuk on May 19, 2015 (Doc. No. 19), together with a notation that he is not employed at the Mississippi County Detention Center. Defendants shall provide to the Court, under seal, the last-known address of Defendant Stipanuk within ten days of the date of this Order.

IT IS SO ORDERED this 27th day of May, 2015.

_____
JEROME T. KEARNEY
UNITED STATES MAGISTRATE JUDGE