**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION**

FELIX RODRIGUEZ,
ADC #143927                                                                                           PLAINTIFF

v.                                          3:15CV00079-BSM-JTK

LUTHER WHITFIELD, et al.                                                                    DEFENDANTS

**ORDER**

Defendants have responded to the Court's May 27, 2015 Order by providing the last-known address of Defendant Dr. Gerald Stipanuk (Doc. No. 21). Accordingly,

IT IS, THEREFORE, ORDERED that the Clerk of the Court shall prepare summons for the Defendant Dr. Gerald Stipanuk, and the United States Marshal is hereby directed to serve a copy of the summons and Amended Complaint (Doc. No. 5) on Defendant at the address provided under seal, without prepayment of fees and costs or security therefore.

IT IS SO ORDERED this 5th day of June, 2015.

_____
JEROME T. KEARNEY
UNITED STATES MAGISTRATE JUDGE