## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF ARKANSAS
## JONESBORO DIVISION

**FELIX RODRIGUEZ**                                                                   **PLAINTIFF**
**ADC #143927**

**v.**                                   **CASE NO. 3:15CV00079 BSM**

**LUTHER WHITFIELD, Lieutenant,**
**Mississippi County Detention Center, et al.**                       **DEFENDANTS**

### ORDER

The recommended disposition ("RD") submitted by United States Magistrate Judge Jerome T. Kearney [Doc. No. 74] has been reviewed.  No objections have been filed.  After reviewing the record, the RD is adopted.

Accordingly, defendants Chris Stankawitz and Luther Whitfield's motion for summary judgment [Doc. No. 61] and defendant Gerald Stipanuk's motion for summary judgment [Doc. No. 65] are granted, and plaintiff Felix Rodriguez's inadequate medical care and treatment claim is dismissed with prejudice.  In addition, appointed counsel's motion for reimbursement of out-of-pocket expenses [Doc. No. 75] is granted.  The clerk is directed to pay $1,001.11 from the court's library fund to the following address:

Koch Law Firm, P.A.
2024 Arkansas Valley Drive, Suite 707
Little Rock, AR 72212

IT IS SO ORDERED this 17th day of October 2016.

_____
UNITED STATES DISTRICT JUDGE