### IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF ARKANSAS
### JONESBORO DIVISION

**FELIX RODRIGUEZ**                                                                                           **PLAINTIFF**
**ADC #143927**

**v.**                            **CASE NO. 3:15CV00079 BSM**

**LUTHER WHITFIELD, Lieutenant,**
**Mississippi County Detention Center, et al.**                              **DEFENDANTS**

### JUDGMENT

Consistent with the order entered on this day, judgment is entered for the defendants, and the case is dismissed with prejudice.

DATED this 17th day of October 2016.

_____
UNITED STATES DISTRICT JUDGE