IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

**FELIX RODRIGUEZ**                                                                                       **PLAINTIFF**
**ADC #143927**

v.                              CASE NO. 3:15CV00079 BSM

**LUTHER WHITFIELD, Lieutenant,**
Mississippi County Detention Center, et al.                              **DEFENDANTS**

## ORDER

Plaintiff Felix Rodriguez filed this lawsuit while incarcerated and was granted leave to proceed *in forma pauperis*. *See* Doc. No. 3. Rodriguez has since appealed a final judgment, and the Eighth Circuit Court of Appeals remanded for the sole purpose of determining *in forma pauperis* eligibility on appeal. *See* Doc. No. 81. The Arkansas Department of Correction no longer lists Rodriguez as an inmate. Therefore, it is unclear whether Rodriguez is still entitled to proceed *in forma pauperis*. *See* Fed. R. App. P. 24(a)(3)(A). Accordingly, the clerk is directed to mail Rodriguez a new application to proceed *in forma pauperis*, and Rodriguez has thirty days from the entry of this order to file that application with updated information.

IT IS SO ORDERED this 28th day of November 2016.

_____
UNITED STATES DISTRICT JUDGE